| | | | |
|---|---|---|---|
| | AUSA: Zachary Zurek | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:   Jayson Chambers | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Domenic Lavall Griffin | Case: 2:26–mj–303u<br>Assigned To : Unassigned<br>Case No.   Assign. Date : 5/27/2026<br>Description: CMP USA v. SEALED<br>(DJ) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 2025 - May 2026_____ in the county of _____Sani lac_____ in the _____Eas ten_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2) | Cyberstalking |
| 18 U.S.C. §875(b) | Interstate threats with intent to extort. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jayson Chambers, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___May 27, 2026___

_____
*Judge's signature*

City and state: _Detroit, Michigan_

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jayson Chambers, being duly sworn, state the following is true and accurate to the best of my knowledge, information and belief.

1.      I make this affidavit from personal knowledge based upon my participation in this investigation, with exception of the matters expressly stated, which are based upon information received from other law enforcement personnel and/or their reports and records. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or facts of which I have knowledge.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since November 2010. I am currently assigned to the FBI's Detroit Division – Flint Resident Agency after serving five years with the FBI Boston Division's Joint Terrorism Task Force and another five years with the FBI Detroit Division's Joint Terrorism Task Force. I have served as a Special Agent for the FBI in the Flint Resident Agency for over six years.

### *Summary*

3.      Beginning at least in February 2025, continuing to the present, Domenic Lavall Griffin, a resident of the State of Washington, posted multiple messages to his social media account directed at COMPANY-1, a disc golf company based in the Eastern District of Michigan, which formerly had a sponsorship deal with Griffin. In his posts, Griffin demanded tens of thousands of dollars from and made

threats of violence towards the people at COMPANY-1. He also posted communications designed to intimidate, harass, and cause emotional harm to the people at COMPANY-1.

4.      As discussed below, there is probable cause that Domenic Griffin has committed violations of 18 U.S.C. § 2261A(2) (cyberstalking) and 18 U.S.C. § 875(b) (interstate threats with intent to extort) in the Eastern District of Michigan.

### *Probable Cause*

5.      COMPANY-1 is a disc golf company located in the Eastern District of Michigan. COMPANY-1 sponsored Domenic Griffin as a disc golfer from 2021 until he resigned voluntarily via email on December 8, 2024. In the email resignation Griffin wrote:

   a. "I want to start by thanking you and everybody behind the scenes for allowing me to a part of the [COMPANY-1] Family, it was a dream come true and I wouldn't trade these last four years for anything. Being sponsored by a major manufacturer was always my dream, and I'm so grateful that you all made it a reality for me. But the time has come for me to go down a different path with my career. Please let me know if I need to return any clothing items, and/or if there is any necessary paperwork to fill out. Again, I want to stress the fact that I'm very grateful for my time with y'all! Good luck with your future endeavors, [COMPANY-1] will always have a special place in my heart."

6.     On the same day, Griffin announced his resignation from COMPANY-1 by posting to the COMPANY-1 social media page:

   a. "Good mornin y'all. Just wanted to say my farewell here before leaving officially. I enjoyed my time on the team and wish you all the best luck in your future endeavors! Being sponsored by a major manufacturer was always my dream, and I'm so grateful that I was given the opportunity to represent the #1 company in disc golf for 4 years. But the time has come for me to go down a different path with my career. [COMPANY-1] will always have a special place in my heart and I'll never forget the memories I made with y'all I'll always have a little Gyronaut in me now."

7.     After Griffin's resignation, COMPANY-1 ceased contact with Griffin. In interviews with COMPANY-1 employees, all employees who were asked indicated Griffin's departure was amicable and non-eventful; no one was aware of any particular reason for Griffin's decision to cease sponsorship.

*February 2025:*
***Griffin begins cyberstalking campaign against COMPANY-1***

8.     In 2025, Griffin began posting accusations against COMPANY-1 to social media. In those posts Griffin appeared to be hinting of racist behavior by COMPANY-1. Griffin repeatedly claimed that COMPANY-1 had treated him badly and owed him money. For example, on February 20, 2025, Griffin posted the following to social media:

    a. "Why would they give [name of other disc-golfer] a huge deal and not give me a chance to go for it? He hasn't done shit for [COMPANY-1]. I've repped hard for four years. Why give him 150k/ year when you could give him 110k and give me $40k? I don't deserve anything? Fuck Off."

9.    Also on February 20, 2025, Griffin posted to social media a video of himself talking to the camera, in which he said the following:

    a. "I was just thinking about something. I wanted to ask you guys what you think. Go ahead and leave a comment. I'm wondering, like, if you're a big company, one of the main ones in the industry, and you have the chance to make a person rich who has never been rich and the person has shown a lot of potential in different areas, in making videos and speaking on camera, in performance, in all kind of stuff, would you make that person rich? Or would you choose the business decision and make someone richer who's already been rich for a while and maybe purport some type of stereotype. I don't know. If it were me and I were the company, probably would have chose the guy who's never been rich before so that I don't look like I'm showing some kind of favor or something. You know? 'Cause that just kind of looks like all I care about is money and don't actually care about helping the, the, the group of people who need help in that situation. Kinda, kinda makes me think like maybe they're not who I thought."

10. At approximately the same time as these posts, COMPANY-1 announced a significant sponsorship agreement with another professional disc golfer.

11. A member of COMPANY-1's marketing team contacted Griffin around the same time regarding Griffin's public complaints. During that conversation Griffin again referenced racism and mentioned "reparations." After that conversation, Griffin stopped making accusations against COMPANY-1 for a few months.

### *May 2025: Griffin purchases a firearm*

12. On May 29, 2025, Griffin posted a three-second-long video of a handgun and case. The video contains the caption "New Toy" in the top right corner.

13. A Firearms Transaction Record obtained by the FBI shows that Griffin purchased a new Springfield Echelon 9mm handgun on or about May 30, 2025. On that form Griffin falsely claimed that he was not an unlawful user of or addicted to marijuana. The form notes that marijuana is illegal under federal law regardless of State law.Fe

14. On June 29, 2025, Griffin posted to social media a 20-second-long video depicting what appears to be the same handgun depicted in the May 29, 2025, video with ammunition and two loaded magazines in an outdoor gun range. The video shows what is likely to be Griffin firing the handgun eight times.

15. On July 31, 2025, Griffin posted a 17-second-long video which shows what appears to be the same handgun depicted in the May 29, 2025, video with ammunition and two loaded magazines in an indoor gun range.

***January and February 2026: Extortion threats***

16.  On January 1, 2026, Griffin made multiple posts threatening COMPANY-1 using his social media account. The first post read in part as follows:

    a.  CHEHHHCK!!! MONSTERVONPROFITO, #[COMPANY-1], YOUR MOVE AGIN AND YOU KNOW THERE'S ONLY ONE MOVE LEFT. The Game is Over. You lost. You can resign respectfully, like any wise and respectable ChessPlayer would do... Or at 6am tomorrow, we press the RED BUTTON. The Griffin is Metaphorically going to KILL EVERYONE IN YOUR KINGDOM. If there are any buildings left or survivors, hanging on to dear life, they will be methodically EXTERMINATED/DESTROYED for fun and surety, with a sick pleasure that NO HUMAN BEING would be ok with. Revenge is a dish best served cold, but Griffin's don't cook, THEY FRY SHIT UP LIKE CATFISH AND CHICKEN, its Finger-Lickin good for their species! The anger translator for THE GRIFFIN is SPEAKING TO YOU DIRECTLY if you couldn't tell, just reaching out to let y'all know that your ENTIRE KINGDOM IS TRULY IN JEOPARDY, go talk to your King and Queen and DELIVER THIS MESSAGE, AT ONCE! You wanted to fake apologize and not take any action or anything to make it right? Are you serious? Didn't you learn this year not to underestimate THE GRIFFIN??!!!!! You had Him locked in a cage, full of fire, starting him for years. He didn't die, although we all

know you hoped he would. Ask yourself, how is he going to repay that transgression?

b. I know you like to ignore issues and pretend like they are not there and hope they go away, maybe to make yourself seem bigger than the issue or maybe because you're scared or just don't know what to do because you're backed into a corner and pissed your pants and shit yourself. I think I see a big lump back there, did you shit a brick? This is the last Olive Branch. There will be ABSOLUTELY NO MERCY AFTER TODAY. YOU HAVE UNTIL MIDNIGHT TONIGHT. After today, The Griffin is going to hold up a mirror and treat you just how you have treated The Griffin this entire time. Except The Griffin is BIPOLAR and is going to unleash its RAGE, TENFOLD, maybe even 100-FOLD because this is some BIBLICAL SHIT. Fix this, or it will be the LAST MISTAKE YOU MAKE WITH THE GRIFFIN.

c. I'm a young boy at heart, and you know young boys love to BLOW SHIT UP!!

d. Tell your Bitch-Ass Bosses to text me a picture of the TAX-FREE $50,000 WIRE TRANSFER BEFORE MIDNIGHT TONIGHT. They're lucky I don't TAX THEIR BITCHASSSS and charge 100k!! See, I'm being nice.

17.    The post concluded with a screenshot noting the location[1] of COMPANY-1 in the Eastern District of Michigan and the following text:

    a. YOU CAN'T FIGHT FATE, not against The Coolest, Sexiest LAW-ABIDING-CITIZEN OF ALL TIME. MIDNIGHT TONIGHT, [first name of employee who works at COMPANY-1]. Or at 6am. You already know. 6am, [first name of employee who works at COMPANY-1].

18.    On January 3, 2026, Griffin posted to social media a 24 minute, 50-second-long video of himself talking to the camera. Throughout the video, Griffin made the following statements:

    a. Monster Von Profito, you've got twenty-nine minutes. Twenty-nine fucking minutes! After midnight tonight the ransom is a hundred million dollars. It needs to come directly to my bank account. You have all of my information. Directly to my bank account. I'll sit right here for twenty-nine minutes.

    b. Monster Von Profito. [COMPANY-1]. Monster Von Profito. I'm going to sell it. You owe. Send it to my account before midnight!

    c. We're going to see. It's all going to come out this year. A lot is going to come out before February first, but everything is going to come out this year. Everything. Send the money. You got twenty-one minutes now. Twenty-one minutes. That's a lot of time, 'cause I know somebody's

---

[1] The actual screenshot notes the location of a supermarket that either shares a parking lot with, or is directly next door to, COMPANY-1.

watching. and if nobody over there is watching? Man, you all slipping. So, somebody's watching, but you all ain't doing shit. Right? I still ain't got no money. I still ain't got no email back. Alright. Cool. That's what you want to do. You're making the choice of what's going to happen, Monster Von Profito, [COMPANY-1].

19.    Later on January 3, 2026, Griffin posted another video to social media. The second video was 24 minutes and 57 seconds long and showed Griffin talking to the camera. The video appears to be filmed in a bathroom. Throughout the video, Griffin made the following statements:

   a. Hey, what's up, y'all? It's your boy. Naw, this ain't an old video. It's your boy. So, [PERSON-1], who's the other person? [PERSON-2], [PERSON-3]... whoever you guys are, you're showing up on my story as non-followers. I wonder why you guys are watching. You never ever watch my story, but you're watching it right now for a fucking reason. You guys got seventeen minutes to send my money. Something else is going to get posted right now. See me stuttering, 'cause I can't even talk 'cause I'm still pissed. I'm keeping it controlled better than earlier this year, huh? It's not going to stop 'til February first or I get my motherfucking money! You could stop all of this. It'd be so easy. I know you all got it. And I don't give a fuck if you don't! It's mine! Go find it and bring it to me! And then we

can talk! Because I'm not talking to nobody unless I see a number in my account!

b. Nobody awake yet, huh? Everybody in the 'kingdom' is awake, though. They're waiting for King Dom's announcement. You guys got less than ten minutes right now. I'm not checking my account. I'm just letting you know you should be sending it. Because when I do go check there better be some fucking money in there from you guys! Paypal, whatever. You guys have sent me money before for the discs that I paid for! Yeah! We're getting a little bit more clear now! Huh! Oops! Go ahead. Take it where it's supposed to go. Because you know I got my ammo. I'm ready. I wouldn't have made my move like this until I was ready. Because everything that comes after, you've got to be ready. Otherwise, you ain't going to handle it. I'm going to handle it.

c. All I want is my money. Not a dollar more, not a dollar less. And we're way, way, way under on it. So last night it was at a hundred million dollars. Right now it's, I'm feeling nice right now. I saw some good activity. I'm thinking a hundred thousand if we could see it today. A hundred K. I might even drop it back to fifty K if I got the call I was supposed to get or the text message I was supposed to get. My phone number's well known. I got my business cards up on my little recent highlights and stuff. I can be reached very easily. My email's right there. I could be reached very easily.

And if you're watching, you can obviously see it's not an out-of-control energy. This is a controlled rage. You all gonna get blasted all the way until February first if I don't get the money. You know what, February is Black History Month. We're going until March.

d.  I told you all there was going to be hell to pay! And you all thought I was joking! How funny is it?! How funny is it right now?! It ain't fucking funny, huh? It's funny to me though. It's hella funny. It's so fucking funny I forgot to fucking laugh. I'm going to be laughing all the way to the fucking bank though! Watch. I'm gonna be posting hella cash. Watch. Yep.

e.  Why am I asking for the money? Because I need it? Of course I need it, but that's not why I'm asking for it. Because it's fucking mine! That's why.

20.   Later on January 3, 2026, Griffin posted a third video of himself talking to the camera to Social media. The third video was 1 minute, 39 seconds long and filmed inside a vehicle. In the video, Griffin is visibly angry. Near the end of the video, Griffin screams into the camera. Griffin says the following:

a.  You guys want to hear something crazy? You would really think that, that you know, with the animosity and the anger and everything I've done that people would just stop playing with me. But it's like, every morning somebody new wants to get their issue. See how calm I am? How calm I [unintelligible]. You guys some of you've known me for a while. I'm usually like this, or I'm in a good mood. I'm quiet. I'm to myself until

recently. Right? Because, and this is the thing, it's kind of like, I did it as a joke earlier this year, but, you know, it's, it's, I feel very similar to The Hulk with it. You know? It's like, how can you be that angry about something? I've been angry about a lot of things for a long time and I haven't said anything. Maybe there's other reasons too. But it's in there. [*screaming begins*] *IT'S ALWAYS IN THERE!* I can control it really well. I can be really cool. But it's always in there. Don't forget. You don't have until midnight anymore. Eight forty. You have until nine o'clock. Twenty minutes. I know you're watching. Or you will be soon. And if not, you fucking should be! [unintelligible] your fucking head off. I already got the video.

21.    The screenshots from the video, below, show Griffin at the moment he screams at the camera:



22.     Later on January 3, 2026, Griffin posted a fourth video of himself talking to the camera to Social media. The third video was 5 minutes, 53 seconds long and was filmed inside a convenience store. In the video, Griffin made the following statements:

a. I'm going to stay live everyday until February, until the end of Black History Month. I might even go a rep for Native American History Month right after. I might even after that go for Asian American. But you know which one January is going to be. It's going to be European White Caucasian History Month. You guys want to see some links? You want to

see some articles? You all been watching. My engagement has doubled in the last three days. It was at a hundred and thirty-six. It's at two hundred and eighty-seven right now. Because people love drama, and I got so much info about all the drama that is going on. He's really fucking smart, and he's really fucking mad. How are we going to stop this? How are we going to stop it? Stop it! Stop it! Do whatever you gotta do to stop it. All the other supervillains are going to be hitting up my [unintelligible]. You got to get that dude to chill.

b. (To cashier) Have you ever heard me talk like that before? Never, huh? These people owe me a lot of money.

23.    On January 4, 2026, Griffin again targeted COMPANY-1 with intimidation and extortion demands using his social media account. The post read as follows:

a. Is Black Thanos Bullshittin!? I WILL restore order in the DISCUS UNIVERSUS PLEXUS. The Decision Has Been Made. The Deadlines have been ignored. My Demands (which are the desires of the CELESTIAL GODS) were SPIT ON. I warned. I pleaded. Do with your time what you wish, it is all that you have left now. Just do it before 4:20 PM PST ON JANUARY 16th, 2026. Remorsefully, -THANOS GRIFFIN

24.    Griffin's social media profile picture at the time was an altered image of the Marvel character Thanos, who is depicted as a villain in Marvel movies.

25.    On January 5, 2026, Griffin posted to social media a 5 minute, 36-second-long video of himself talking to the camera. The video appears to be filmed inside a house. Throughout the video, Griffin made the following statements:

a.  What's up? Welcome back to the Dom Griffin show. I hope you guys are enjoying it so far. I am. When I'm on camera I enjoy it. I've been suffering just like you all behind the scenes. Not just like y'all. It's more like when a parent has a kid and they've got to whip the shit out of them. It's like, man, it does hurt me. Not as much as it hurts you. But, it does hurt me. But I gotta do it.

b.  Get this coffee ready for tomorrow morning. Got to be up early to kick ass again. You know I'm going to have to. Every fucking day until the end of February at least. At minimum. I don't even care if they send me a hundred million dollars today. I'm kicking ass until the end of February. It's too fucking late for all that bullshit.

26.    On January 13, 2026, the FBI obtained a search warrant for Griffin's cell phone location data to monitor his location out of an abundance of caution. Griffin did not travel to Michigan at any time over the next 30 days.

### March 2026 to present: Griffin's continued threats and harassment

27.    COMPANY-1 publicly announced that in 2026, it would be holding a series of events on the west coast of the United States, including in State of Washington

near where Griffin resides. The events closest to Griffin were scheduled for late May 2026.

28.     On approximately March 15, 2026, Griffin posted dated photos of himself bare-chested in a fighting stance with the following text:

    a.  'Member when I wanted to be a UFC Fighterrr? I'm way to [sic] chicken now. My body will hurt everywhere if I tried this, trust me I know. Not enough sparring in the last 5-10 years, and wayyyy too much Weed. That's why you see me at the shootin [sic] range now.

29.     On approximately May 18, 2026, Griffin posted to social media, "Feeling Evil with GriffinSports at [COMPANY-1]." The post included a series of emojis that include a sword, a ninja, and knife:



30.     On approximately May 18, 2026, Griffin updated his social media profile photo. The post contained the caption, "Smokin' [COMPANY-1]KushPacks". The post contained the hashtags, "#imKILLINem #huh #question #MARKS #MonsterVonProfito #MustFall #TrustFall #ComeOn[COMPANY-1] #im #gonna

#catch #you #like #ice #cube #caught #mikeepps #ALLabouteheBENJAMINS #BABYYYY"



*Impact of Griffin's conduct on COMPANY-1*

31. In response to Griffin's actions, COMPANY-1 installed a video intercom system with two-way audio to monitor the front door vestibule before allowing entry. COMPANY-1 numbered every door in their facility and provided those numbers and corresponding layout drawings to local emergency responders. Local police also conducted a walkthrough of the building. COMPANY-1 reminded all employees of safety protocols on January 6, 2026. They also began developing

active shooter standards for the company. They also updated visitor policies so that all non-employees entering their office space are identified before they are allowed admittance.

32. During the course of the captioned investigation, COMPANY-1 employees were asked how Griffin's cyberstalking and monetary demands affected them personally. EMPLOYEE-1 said that Griffin's actions made them feel "very concerned" and felt that Griffin's threats were legitimate threats to their safety.

33. EMPLOYEE-2 said that Griffin's threats made them physically sick to their stomach. They were afraid to come to work for a long time after Griffin threatened COMPANY-1. They remained afraid until COMPANY-1 installed the video intercom system.

34. On at least one occasion, when EMPLOYEE-2 returned to work, EMPLOYEE-1 was so afraid of Griffin's threats that, when an unknown person was at COMPANY-1's door, EMPLOYEE-1 physically prevented EMPLOYEE-2 from answering the door.

35. EMPLOYEE-3 was particularly disturbed by Griffin's post identifying COMPANY-1's facility on Google Maps. The posts caused EMPLOYEE-3 to be concerned for the safety of COMPANY-1 employees.

36. COMPANY-1 employees were aware of Griffin's continued social media posts leading up to their West Coast events in May 2026, and continued to interpret those posts as threats to harm COMPANY-1.

## Conclusion

37.    Based on the facts set forth above, there is probable cause that from at least February 2025 through the present, Griffin cyberstalked and threatened with intent to extort COMPANY-1 and their employees, who are located in the Eastern District of Michigan. Griffin used interstate electronic communication services to harass and intimidate COMPANY-1 and their employees to cause substantial emotional distress to them, in violation of 18 U.S.C. § 2261A(2). Further, Griffin used interstate electronic communication services to transmit threats to injure the property and reputation of COMPANY-1 and their employees with intent to extort money from them, in violation of 18 U.S.C. § 875(b).

Respectfully submitted,

_____
Jayson Chambers
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my Presence
and/or by reliable electronic means.

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Date:    May 27, 2026