UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                  Criminal No. 26-mj-30311

v.

Domenic Lavall Griffin,

      Defendant.

_____/

## MOTION TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                           Respectfully submitted,

                           Jerome F. Gorgon Jr.
                           United States Attorney

                           *s/Zachary Zurek*
                           Zachary Zurek P80116
                           Assistant United States Attorney
                           211 W. Fort Street, Suite 2001
                           Detroit, MI 48226
                           Zachary.Zurek2@usdoj.gov
                           (313) 226-0285

Dated: May 29, 2026